## Ganser *v.* Zupkow et al., Appellants.

Argued November 9, 1965. *Herbert N. Rosenberg,* with him *Rosenberg & Kirshner,* for appellants; *James E. McLaughlin,* with him *John M. Tighe,* and *McArdle, Harrington, Feeney & McLaughlin,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Hank *v.* Motor Coils Manufacturing Company, Appellant.

Argued November 9, 1965. *Max U. Applebaum,* for appellant; *Charles E. McKissock,* for appellees.

Order affirmed.

HOFFMAN, J., dissented.

FLOOD, J., absent.